934 A.2d 701

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Carole Lynn ENGLISH, Appellee.**

Supreme Court of Pennsylvania.

Nov. 21, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of November, 2007, the order of the Allegheny County Court of Common Pleas is reversed insofar as it declared Section 3802 of the Vehicle Code, 75 Pa.C.S. § 3802, unconstitutional, and the case is remanded for further proceedings. This Court upheld the constitutionality of Sections 3802(a)(2) and 3802(c) in *Commonwealth v. Duda*, 592 Pa. 164, 923 A.2d 1138 (2007), and *Commonwealth v. Finchio*, 592 Pa. 577, 926 A.2d 968 (2007), respectively. Although Appellee was charged under Section 3802(b), this Court explained in *Finchio* that "[t]he difference in the statutory BAC threshold is immaterial to the analysis employed in *Duda*." *Finchio*, 926 A.2d at 971. The Commonwealth's petition for an immediate remand is dismissed as moot.